THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LESLIE GORDON | Case No. C10-573-JCC |
| Petitioner, | ORDER |
| v. | |
| SOCIAL SECURITY ADMINISTRATION OFFICE OF THE INSPECTOR GENERAL | |
| Respondent, | |
| In re: | |
| BOEING EMPLOYEES CREDIT UNION. | |

The Court, having reviewed Petitioner's Motion for Order Pursuant to Customer Challenge Provisions of the Right to Financial Privacy Act of 1978, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida (Dkt. No. 11), Petitioner's Statement (Dkt. No. 12), Respondent's Response (Dkt. No. 14), and the remaining record, finds as follows.

In his Report and Recommendation, United States Magistrate Judge Brian A. Tsuchida found that by failing to state her reasons for believing that the financial records sought by the Government were not relevant to a legitimate law enforcement inquiry, Petitioner had failed to

ORDER
PAGE - 1

comply with the threshold requirements of § 3410(a). (Dkt. No. 11 at 2.) In response, Petitioner filed a short statement claiming that the records were being sought due "to a criminal conviction." She provides no factual basis for this conclusion. The Court finds that Petitioner has still failed to comply with the threshold requirements of § 3410(a). Accordingly, the Court does hereby ORDER:

(1) The Court adopts the Report and Recommendation; and

(2) Petitioner's motion is DENIED and this case is DISMISSED without prejudice.

The Clerk of Court is directed to CLOSE this case and to send copies of this Order to Petitioner.

DATED this 16th day of April, 2010.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2